**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

| Document Number | Document Description | Pages | Document Error |
|---|---|---|---|
| Document | Main document | 2 | **DOCUMENT COULD NOT BE RETRIEVED!** **However, it may still be viewable individually.** |